

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Brandon Robert Burleson, Appellant

No. 06-18-00184-CR            v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 2 of Hays County, Texas (Tr. Ct. No. 15-0977CR).   Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

 

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

     We further order that the appellant, Brandon Robert Burleson, pay all costs of this appeal.

RENDERED MAY 21, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk